-AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002: BJS 12/2005)

Case 3:14-cr-05039-KLS   Document 16   Filed 05/19/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Short Form) |

CASE NUMBER: **CR14-5039**

**MICHAEL D. JOHNSON**

_____**Jay Stansell**_____
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to count(s) ____**II**____ of the Information.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| Title 18 USC § 7 and 13, and RCW 46.20.342(1)(c) | DWLS 3rd | November 27, 2013 | I |

☑ Count(s) ___**I**___ ☑ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|
| $90.00 | $10.00 | $ N/A | w/in 120 days |

Total: $ 100.00 Total

Defendant's SSN: XXX-XX-4943

Defendant's DOB: XX-XX-1989

Defendant's USM No: NA

**ANDREA E. MAY**
Special Assistant United States Attorney

5/19/2014
Date of Imposition of Judgment

Defendant's Signature

Signature of Judicial Officer

J. Kelley Arnold
United States Magistrate Judge (Name of Judge)

5/19/14
Date